## Marklar and another *ads*. M'Evers.

THIS cause was noticed for the New-York circuit in June last, but the notice was only of eight days : the defendant living more than forty miles distant, considered the notice void, and paid no regard to it. Inquest was taken, and when notice of taxation was given, application was made to a Judge to stay proceedings ; and now the question came up, whether this Court would set aside the verdict ?

*Per Curiam.* The notice, though defective, was sufficient to put the defendants upon enquiry, and they ought to have made their application at the next Term.

The defendants are now too late, and must take nothing by their motion.